# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR D. HOLMES,

    Petitioner,

vs.

GREG SMITH, et al.,

    Respondents.

Case No. 3:09-cv-00337-LRH-(RAM)

**ORDER**

    The Court ordered (#4) Petitioner to show cause why this action should not be dismissed as untimely. Petitioner has not responded within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The Clerk of the Court shall enter judgment accordingly.

    DATED this 9th day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE