AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

VICTOR D. HOLMES,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  **3:09-CV-00337-LRH-RAM**

GREG SMITH, et al.,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that this action is DISMISSED with prejudice as untimely.


  September 10, 2009.                    **LANCE S. WILSON**
                                                    Clerk

                                                    D. R. Morgan
                                                    Deputy Clerk